UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

ROBERT J. DI SALVIO

    V.                                             CIVIL ACTION NO. 05-10421-RGS

TOWN OF ABINGTON, ET AL

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                                    **SEPTEMBER 7, 2005**

    FOR FAILURE OF THE PLAINTIFF TO FILE A RETURN OF SERVICE OF SUMMONS, OR SHOW CAUSE WHY SERVICE HAS NOT BEEN MADE PURSUANT TO THE PROVISIONS OF RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 4.1(b),

    IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITHOUT PREJUDICE.

    SO ORDERED.

                                                             RICHARD G. STEARNS
                                                             UNITED STATES DISTRICT JUDGE

                BY:

                                                               /s/ Mary H. Johnson
                                                                 Deputy Clerk

**DATED:   9-7-05**